The People of the State of Illinois ex rel. Maryan Szklarski, appellee, v. William E. Dever, mayor, et al., appellants. Gen. No. 30,384.

Petition for writ of mandamus. Writ awarded. Appeal from the Superior Court of Cook county; the Hon. John J. Sullivan, Judge,

presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 10, 1926.

Francis X. Busch, Corporation Counsel, for appellants; Bernard A. Conlon, W. Arnold Amberg and Roy S. Gaskill, Assistant Corporation Counsel, of counsel. No appearance for appellee.

Mr. Justice Taylor delivered the opinion of the court.